1

Reena I. Desai*
rdesai@nka.com
Rebekah L. Bailey, CA SBN 258551

2

bailey@nka.com

3

**NICHOLS KASTER, LLP**
80 S. 8th St., Suite 4600

4

Minneapolis, MN 55402
Telephone: (612) 256-3200

5

Facsimile: (612) 215-6870

6

*admitted pro hac vice*

7

Daniel S. Brome, CA SBN 278915
dbrome@nka.com

8

235 Montgomery Street, Suite 810

9

San Francisco, CA 94104
Telephone: (415) 277-7235

10

Facsimile: (415) 277-7238

11

Attorneys for Plaintiff

12

13

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

14

15

IVAN PEREZ, individually and on behalf of
similarly situated employees and the general
public,

16

17

Plaintiffs,

18

v.

19

BARCO, INC., d/b/a/ BELIUM-BARCO
INC.,

20

Defendants.

21

**Case No. 2:17-cv-00601-TLN-AC**

**JOINT NOTICE OF MOTION AND**
**MOTION FOR SETTLEMENT**
**APPROVAL**

Date:          September 20, 2018
Time:          2:00 p.m.
Courtroom: 2, 15th Floor

Action Filed: March 21, 2017

22

23

**JOINT NOTICE OF MOTION AND MOTION**

24

Please take notice that on September 20, 2018, at 9:00 a.m., or as soon thereafter as the

25

matter may be heard, in Courtroom 2, 15th floor, of the above-captioned Court, the parties will

26

jointly move this Court to approve the settlement agreement reached between Defendant and

27

Plaintiff.

28

This Motion is based on this Notice and Motion for Settlement Approval, the Memorandum

NOTICE OF MOTION AND JOINT
MOTION FOR SETTLEMENT APPROVAL          1

1    in Support of the Joint Motion for Settlement Approval, the accompanying declarations and

2    exhibits, and all the papers, records and pleadings on file in this action.

3

4                                              NICHOLS KASTER, PLLP

5

6    Dated: August 21, 2018                    /s/ Reena I. Desai

7                                              Reena I. Desai

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND JOINT
MOTION FOR SETTLEMENT APPROVAL         2

1   STATE OF MINNESOTA      )

2                                            )

3   COUNTY OF HENNEPIN      )

4                           **PROOF OF SERVICE**

5

6   I, **REENA I. DESAI**, declare that:

7           I am a resident of the State of Minnesota, over the age of eighteen years, and not a party to

8   the within action.  My business address is Nichols Kaster, PLLP, 4600 IDS Center, 80 South 8ᵗʰ

9   Street, Minneapolis, Minnesota 55402.

10          On August 21, 2018, I served the following document(s):

11          **JOINT MOTION FOR SETTLEMENT APPROVAL.**

12   Using the following method(s) of service:

13   **[   ]**   (VIA PERSONAL SERVICE) by causing delivery by hand and leaving a true copy with a

14          person at the address(es) shown below:

15   **[   ]**   (VIA U.S. MAIL) by placing a true copy thereof, enclosed in a sealed envelope with

16          postage thereon fully prepaid, in United States post office mailbox in Minneapolis,

17          Minnesota, addressed as shown below:

18   **[   ]**   (VIA FEDEX) by placing a true copy thereof, enclosed in a sealed envelope into a FedEx

19          package drop box in Minneapolis Minnesota, addressed as shown below:

20   **[   ]**   (VIA FACSIMILE) by transmitting a true copy thereof into a facsimile machine to the fax

21          number provided by the person(s) shown below:

22   **[   ]**   (VIA EMAIL) by electronically transmitting a true copy thereof attached to an email

23          message addressed to the email(s) provided below:

24   **[ X ]**   (VIA ELECTRONIC COURT FILING, "ECF") by electronically submitting a true copy

25          thereof to the Clerk of the Court through ECF, causing ECF to send a link to the email

26          address(es) provided below:

27   NOTICE OF MOTION AND JOINT
     MOTION FOR SETTLEMENT APPROVAL          3
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel B. Chammas

David L. Cheng

Alexandria M. Witte

FORD & HARRISON, LLP

350 South Grand Avenue, Suite 2300

Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the State of California that the above

is true and correct.  Executed this 21st day of August, 2018, in Minneapolis, Minnesota.


/s/Reena I. Desai

Reena I. Desai


ATTORNEY FOR PLAINTIFF